(106 So. 67)

**Ex parte Murry GUIN (GUIN v. CITY OF TUSCALOOSA). (6 Div. 499.)**

(Supreme Court of Alabama. Oct. 15, 1925. Rehearing Denied Nov. 12, 1925.)

Certiorari to Court of Appeals.

William J. Foster and William M. Adams, both of Tuscaloosa, for petitioner.

S. H. Sprott, of Tuscaloosa, opposed.

PER CURIAM. Petition of Murry Guin for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Guin v. City of Tuscaloosa, 106 So. 64.

Without committing ourselves to all that is said in the opinion of the Court of Appeals, we concur in the conclusion there reached, and consequently the writ will be denied.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.